CHRISTEN, Circuit Judge,
dissenting:
I respectfully dissent from the portion of the court’s disposition affirming summary judgment as to the Luongs’ unlawful arrest and seizure claims. Our circuit has only applied the collective knowledge doctrine where there has been some communication between officers working together on an investigation. United States v. Ramirez, 473 F.3d 1026, 1032 (9th Cir.2007) (“[W]e have been willing to aggregate the facts known to each of the officers involved at least when there has been communication among agents.” (internal quotation marks, alterations, and citations omitted)). Here the district court correctly identified that there was a triable issue of fact concerning whether the officers who saw the camera being used inside the home communicated with the officers who seized the camera and arrested the Luongs. The district court was under the impression that this issue of fact did not prevent the entry of summary judgment because it read Ramirez to permit application of the collective knowledge doctrine whether there had been communication or not. Because that ruling represents an expansion of the doctrine that our court has never endorsed, I would reverse this portion of the district court’s order' and remand for further proceedings.